David J. McGlothlin, Esq (SBN: 253265)
david@kazlg.com
**KAZEROUNI LAW GROUP APC**
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Ross H. Schmierer, Esq.
(*Admitted Pro Hac Vice*)
48 Wall Street, Suite 1100
New York, NY 10005
Telephone: (800) 400-6808
ross@kazlg.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
[MEDFORD DIVISION]

| | |
|---|---|
| TYSON TUCKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MANPOWERGROUP,<br><br>Defendant. | Case No: 1:24-cv-00454-CL<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff Tyson Tucker ("Plaintiff") and Defendant ManpowerGroup ("Defendant") (or jointly as the "Parties") have reached a settlement in principle in the above-captioned action. The Parties request sixty (60) days to finalize the settlement and anticipate filing a Stipulation of Dismissal within sixty (60) days of the date of this notice. Plaintiff requests that any pending date and deadline with regard to Defendant be vacated and that the Court set a deadline on or after August 5, 2024,

for the Parties to dismiss Plaintiff's claims against Defendants.

Dated: June 7, 2024                         Respectfully submitted,

                                       **KAZEROUNI LAW GROUP, APC**

                        By: */s/ David J. McGlothlin*
                               David J. McGlothlin, Esq.
                               *Attorney for Plaintiff*

